United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGH QUALITY PRINTING INVENTIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PSPRINT,<br><br>　　　　Defendant. | Case No. 15-cv-05443-JD<br><br>**REFERRAL FOR DETERMINATION OF RELATED STATUS** |

Pursuant to Civil Local Rule 3-12(c), this case is referred to the Honorable Edward J. Davila for consideration of whether it is related to 5:15-CV-5437-EJD.

**IT IS SO ORDERED.**

Dated: January 4, 2016

_____
JAMES DONATO
United States District Judge