```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
[signature]
Judge Edward J. Davila
DATED: 3/10/2016
```

KARIN G. PAGNANELLI (SBN 174763)
　kgp@msk.com
ALEXA L. LEWIS (SBN 235867)
　all@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone:  (310) 312-2000
Facsimile:　(310) 312-3100

Attorneys for Plaintiff
High Quality Printing Inventions, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| HIGH QUALITY PRINTING INVENTIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHUTTERFLY, INC.,<br><br>　　　　Defendant. | CASE NO. 5:15-cv-05437-EJD<br><br>Honorable Edward J. Davila<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Mitchell
Silberberg &
Knupp LLP

---

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

| | |
|---|---|
| 1 | Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, |
| 2 | Plaintiff hereby voluntarily dismisses the Complaint in this Civil Action and all |
| 3 | claims asserted therein without prejudice. |
| 4 | The Clerk shall close this file. |
| 5 | DATED: March 9, 2016        MITCHELL SILBERBERG & KNUPP LLP |

By: /s/ Alexa L. Lewis
   Alexa L. Lewis
   Attorneys for Plaintiff
   High Quality Printing Inventions, LLC

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and am not a party to this action; my business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, CA 90064-1683, and my business email address is sgd@msk.com.

On March 9, 2016, I served a copy of the foregoing document(s) described as **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** on the interested parties in this action at their last known address as set forth below by taking the action described below:

| | |
|---|---|
| Olga Ivanovna May<br>Neil J. McNabnay<br>Wasif Hasan Qureshi<br>FISH AND RICHARDSON PC<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone: (858) 678-4745<br>Email: omay@fr.com<br>mcnabnay@fr.com<br>qureshi@fr.com | *Attorneys for Defendant,*<br>*Shutterfly, Inc.* |

☒ **BY MAIL**: I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

☐ **BY OVERNIGHT DELIVERY**: I placed the above-mentioned document(s) in sealed envelope(s) designated by the carrier, with delivery fees provided for, and addressed as set forth above, and deposited the above-described document(s) with **FED EX** in the ordinary course of business, by depositing the document(s) in a facility regularly maintained by the carrier or delivering the document(s) to an authorized driver for the carrier.

☐ **BY ELECTRONIC MAIL**: I served the above-mentioned document electronically on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on March 9, 2016, at Los Angeles, California.

_Sunni Donmoyer_
Sunni Donmoyer